DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**VASILY LONDON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-1663

[August 12, 2021]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barbara Duffy, Judge; L.T. Case No. 07-17348CF10A.

Vasily London, Bristol, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

WARNER, CIKLIN and LEVINE, JJ., CONCUR.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***